2015 Ark. App. 26



# ARKANSAS COURT OF APPEALS

| IN RECOGNITION OF APPELLATE JUDGES JOHN MAUZY PITTMAN and JOHN BOYD ROBBINS | Opinion Delivered   JANUARY 21, 2015 |
|---|---|

## PER CURIAM

On December 9, 2014, our court announced the retirement of Judge John M. Pittman, who left this court on December 31, 2014, after serving twenty-two years on the Arkansas Court of Appeals. Judge Pittman is the longest serving judge in the history of the court, followed closely by his good friend Judge John B. Robbins, who recently retired with twenty years of service. Judges Pittman and Robbins both served ably as chief judges of the court. They were excellent judges who always showed respect and consideration for the litigants and lawyers involved in our cases. In recognition of their dedication to the administration of justice, the members of this court have unanimously voted to name our conference room the Pittman-Robbins Conference Room. We thank you for your faithful service to our state.

Chief Judge Robert J. Gladwin

Judge Bart F. Virden

Judge M. Michael Kinard

Judge David M. Glover

Judge Larry D. Vaught

Judge Cliff Hoofman

Judge Raymond R. Abramson

Judge Brandon J. Harrison

Judge Rita W. Gruber

Judge Phillip T. Whitaker

Judge Kenneth S. Hixson

Judge Waymond M. Brown